UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VICTARIANO TAVAREZ, *individually and on behalf* :
*of all others similarly situated*,                        :
                                                           :
                                    Plaintiff,             :
                                                           :
                       -v -                                :
                                                           :
MR. VACUUM INC.,                                           :
                                                           :
                                    Defendant.      X
----------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2022

1:21 -cv-9945-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 16, 2022, the Court issued an order conditionally discontinuing this action.

Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of

the action to the active calendar of the Court by the date that was 30 days following the issuance of

the order.  In accordance with the terms of that order, if the plaintiff failed to apply for restoration

of the case by that date, the case would be automatically dismissed with prejudice.

By letter dated August 17, 2022, the plaintiff has requested that the Court extend the

deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or,

alternatively, for the parties to submit a stipulation of settlement and dismissal.[1]  That application is

GRANTED.  Accordingly, the deadline for the plaintiff to apply for restoration of the case to the

Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

dismissal, is extended to September 16, 2022.

       SO ORDERED.


Dated:  August 18, 2022
        New York, New York

                                                            GREGORY H. WOODS
                                         United States District Judge